AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br>Adam Ray Mouser<br><br>Defendant(s) | Case No.  23-mj 3089 |

SEALED

FILED
AUG 24 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 10, 2023__ in the county of __Morgan__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 | Threats against the President |
| 18 U.S.C. § 879 | Threats against former presidents and certain other persons protected by the United States Secret Service |
| 18 U.S.C. § 875(c) | Interstate communications with threat to injure in violation |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

s/ Brent J. Rothschild
_____
*Complainant's signature*

Brent J. Rothschild, Special Agent USSS
*Printed name and title*

Sworn to before me and signed in my presence.

s/ Judge Karen L. McNaught
_____
*Judge's signature*

Date: August 24, 2023

City and state: Springfield, IL

Karen L. McNaught, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23mj3089 |
| ) | |
| ) | Filed Under Seal |
| Adam Ray Mouser ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND REQUEST FOR ARREST WARRANT**

I, Special Agent Brent Rothschild, being duly sworn on oath, depose and state as follows:

1. I have been a Special Agent with the United States Secret Service for approximately 14 years. Prior to joining the Secret Service, I served a combined approximate 11 years as a Rockford, IL Police Officer and as a United States Park Service Ranger. In all three positions, I completed numerous law enforcement related training programs. Currently, I am assigned to the Springfield, Illinois Resident Office of the Chicago Field Office Division. My assigned territory includes Morgan County within the jurisdiction of the United States District Court for the Central District of Illinois, Springfield Division.

My assigned duties include the investigation of federal criminal offenses pertaining to crimes against financial institutions as well as threats directed toward current and former protectees of the United States Secret Service. This includes threats against the President and successors of the Presidency in violation of 18 U.S.C. § 871 as well as threats against former Presidents and certain other persons protected by the United States Secret Service covered by 18 U.S.C. § 879, and related crimes.

2. This affidavit is made in support of a criminal complaint charging Adam Ryan Mouser (hereinafter "MOUSER"), born October 2, 1983, with threats against the President in violation of 18 U.S.C. § 871, threats against former presidents and certain other persons protected by the United States Secret Service in violation of 18 U.S.C. § 879, and interstate communications with threat to injure in violation of 18 U.S.C. § 875(c). A warrant for the arrest of MOUSER is requested.

3. I am familiar with the following facts both from my work on this investigation, my training and experience, and from information learned from other law enforcement professionals. The following is a

summary and not a complete rendition of all facts relevant to the investigation. If called to testify, I would testify as follows:

4.     On or about August 11, 2023, the United States Secret Service Protective Intelligence and Assessment Division/Open Source Branch(USSS/PID/OSB) notified the United States Secret Service Protective Intelligence Operations Center (USSS/PID/PIOC) that an unidentified X/Twitter[1] user Adam Ray Moyser/@tryntakeit posted the following post on August 10, 2023:



https://twitter.com/tryntakeit/status/1689708747722014720

An additional post on August 10 read:

---

[1] X is an internet based social media platform which allows users to communicate either by writing "tweets" which may be made public or by direct message. X is the new name for Twitter. Posts on X are also called tweets.

3



https://twitter.com/tryntakeit/status/1689948475486527488

On August 9, 2023, the subject quoted a tweet about meeting with former President Obama and former First Lady/Secretary of State Hillary Clinton as follows:



A post[2] on August 11, 2023, reads:

---

[2] I believe the phrase "the Utah man" refers to Craig Deleeuw Robertson who was shot during the execution of a search warrant by the FBI in Provo, Utah on August 9, 2023.

4



https://twitter.com/tryntakeit/status/1689958667783733248

5. On August 23, 2023, Jacksonville, IL Police Department Detective Luke Poole and I drove to a possible address for MOUSER, located at 512 Brooklyn Street, Jacksonville, IL. We knocked on the door and MOUSER answered the door. Det. Poole and I identified ourselves to MOUSER and he appeared very hostile. After explaining why we wanted to speak with MOUSER, he stated, "Yeah I posted it." MOUSER also said that he meant it and stood behind the tweets. MOUSER stated that he had First Amendment rights and that we were trying to silence him.

6. Subsequent to the interview, MOUSER made the following posts from the same X account he used for the previous postings:



6. Based upon the above information, there is probable cause to believe that Adam Ray MOUSER has committed the crimes of threats against the president in violation of 18 U.S.C. § 871, threats against former presidents and certain other persons protected by the United States Secret Service in violation of 18 U.S.C. § 879, and interstate communications with threat to injure in violation of 18 U.S.C. § 875(c).

## REQUEST FOR SEALING

8. I further request that the Court order that all documents in support of this application, including the affidavit and complaint, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the safety of officers.

s/ Brent J. Rothschild

Brent J. Rothschild, Special Agent
United States Secret Service

Subscribed and sworn by telephone
this 24rd day of August, 2023
　　s/ Judge Karen L. McNaught

KAREN L. MCNAUGHT
UNITED STATES MAGISTRATE JUDGE