

FILED

SEP 07 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

UNITED STATES OF AMERICA, )
                                                   )
    Plaintiff,                     ) Criminal No. 23-CR- 30047
                                                   ) 18 U.S.C. § 871
    v.                             )
                                                   )
ADAM RAY MOUSER,           )
                                                   )
    Defendant.                   )

## INDICTMENT

The Grand Jury charges:

On or about August 10, 2023, in Morgan County, Illinois in the Central District of Illinois, the defendant,

ADAM RAY MOUSER,

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the President of the United States, in that he communicated, in part, "I say give me 3 seconds near [him] and I'll murder him with my bare. . .hands then put a bullet in that piece of shit. . . ."

All in violation of Title 18, United States Code, Section 871.

A TRUE BILL,

s/ Foreperson

FOREPERSON

s/ Douglas Quivey

_____
GREGORY K. HARRIS
UNITED STATES ATTORNEY